Sonny Scaffolds, Inc.
5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/24/2005 | 86980 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>230 Indianapolis Road<br>Mooresville, IN 46158 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| QS 4 Parts  25119 | QS 4 Ladders COMPLETE. | 2 | 13.85 | 27.70 |
| QS 4 Parts | QS 4 Back without Sleeves | 1 | 7.00 | 7.00 |
| QS 4 Parts  2571 A | QS 4 Back with Sleeve | 1 | 10.50 | 10.50 |
|  | Completed units to be ordered no sooner than 4/15/05. |  |  |  |

310

| Total | $45.20 |
|---|---|

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/24/2005 | 86981 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>230 Indianapolis Road<br>Mooresville, IN 46158 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| QS 5 Parts | 25745 QS 5 LADDER LEGS- COMPLETE | 1 150 | 18.80 | 18.80 |
| QS 5 Parts | 25766 QS 5 LADDER WITH SHELF - COMPLETE | 1 150 | 24.85 | 24.85 |
| QS 5 Parts | 25757 QS 5 BACK WITHOUT SLEEVE * | 1 150 | 7.65 | 7.65 |
| QS 5 Parts | 25786 QS 5 BACK WITH SLEEVE * | 1 150 | 10.75 | 10.75 |
| | PARTS LISTED ABOVE ARE FOR ONE SINGLE QUICKSTEP-5. INDIVIDUAL PARTS ARE TO BE DELIVERED IN QUANTITIES IN ORDER TO MAKE QS 5 AT A RELEASE RATE OF 150 PER MONTH.<br><br>NOBLE TO MAINTAIN INVENTORY AT THEIR FACILITY FOR AT LEAST A TWO WEEK SUPPLY OF INDIVIDUAL PARTS.<br><br>LEAD TIME FOR DELIVERY IS NO MORE THAN 2 WEEKS.<br><br>To begin no earlier than 4/1/05 and not later than 4/15/05. Noble to purchase SSI existing inventory at time of change-over or use SSI inventory at no charge to SSI. | | | |

**Total** $62.05

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/24/2005 | 86982 |

**Vendor**

Noble Industries, Inc.
3333 E. Conner Street
P. O. Box 578
Noblesville, IN 46061

**Ship To**

Sonny Scaffolds, Inc.
230 Indianapolis Road
Mooresville, IN 46158

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  |  |  | 0.00 | 0.00 |
| SDC 1 PARTS | SDC 1 TUBE - VERTICAL | 2 | 3.75 | 7.50 |
| SDC 1 PARTS | SDC 1 TRAY | 1 | 9.00 | 9.00 |
| SDC 1 PARTS | SDC 1 WHEEL BASE TAPERED | 2 | 9.00 | 18.00 |
| SDC 1 PARTS | SDC 1 BOTTOM TUBE FORMED (TO BECOME 1 PIECE BENT ON FOUR SIDES - ONE WELD) | 1 | 5.00 | 5.00 |
| SDC 1 PARTS | SDC 1 BACK | 1 | 7.40 | 7.40 |
|  | PARTS LISTED ABOVE ARE FOR ONE SINGLE COMMERCIAL DRYWALL CART. INDIVIDUAL PARTS ARE TO BE DELIVERED IN QUANTITIES IN ORDER TO MAKE SDC 1 AT A RELEASE RATE OF 300 PER MONTH. |  |  |  |
|  | NOBLE TO MAINTAIN INVENTORY AT THEIR FACILITY FOR AT LEAST A TWO WEEK SUPPLY OF INDIVIDUAL PARTS. |  |  |  |
|  | To begin no sooner than 4/1/05 and no later than 4/15/05. |  |  |  |
|  | Noble to purchase SSI existing inventory at time of change-over or use SSI inventory at no charge to SSI. |  |  |  |
|  | LEAD TIME FOR DELIVERY IS NO MORE THAN 2 WEEKS. |  |  |  |
| Welding | Welding Charges | 1 | 5.85 | 5.85 |

**Total**  $52.75

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

**Purchase Order**

Job# 26321
26325

| Date | P.O. No. |
|---|---|
| 2/24/2005 | 86984 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>230 Indianapolis Road<br>Mooresville, IN 46158 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| MATERIAL CART PARTS | MATERIAL CART WHEEL BASE 3 SHEET METAL FLATS | 1 | 5.45 | 5.45 |
| MATERIAL CART PARTS | Tube Base (Same as SDC-1 Bottom; one piece bent on all four corners)<br><br>RELEASE RATE ESTIMATED AT 150 PER YEAR.<br><br>NOBLE TO MAINTAIN INVENTORY AT THEIR FACILITY FOR AT LEAST A TWO WEEK SUPPLY OF INDIVIDUAL PARTS.<br><br>LEAD TIME FOR DELIVERY IS NO MORE THAN 2 WEEKS.<br><br>To begin no earlier than 4/1/05 and no later than 4/15/05. | 1 | 5.00 | 5.00 |
| MATERIAL CART PARTS | Welding | 1 | 3.50 | 3.50 |

25764
25765

| | Total | $13.95 |
|---|---|---|

Sonny Scaffolds, Inc.
5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/24/2005 | 86985 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds Inc.<br>5125 Decatur Blvd.<br>Suite F<br>Indianapolis, IN 46241 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 40 " Ladders  25762 | 40" LADDER FABRICATION COMPLETE<br><br>LADDER IS TO BE COMPLETED AND SENT FOR POWDER COATING<br><br>DO NOT DELIVER UNTIL POWDER COATING IS COMPLETE (BILLED SEPARATELY)<br><br>RELEASE RATE OF 300 PER MONTH.<br><br>To Begin no sooner than 4/1/05 and no later than 4/15/05. Noble to purchase SSI inventory at time of change-over or use existing inventory at no charge to SSI. | 1 300pcs | 17.10 | 17.10 |

**Total** $17.10

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/24/2005 | 86986 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>230 Indianapolis Road<br>Mooresville, IN 46158 |

| Item | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Outrigger Parts | 25771 | OUTRIGGER TUBE RND STRAIGHT 1" RND 16 GA 19.60" LONG WITH STRAIGHT ENDS | 1600 | 0.75 | 0.75 |
| Outrigger Parts | 25772 | OUTRIGGER TUBE MITERED 1" RND TUBE 16 GA 24.00" WITH MITERED ENDS | 1600 | 1.85 | 1.85 |
| Outrigger Parts | | OUTRIGGER SQUARE TUBE WITH BUSING | 1600 | 2.50 | 2.50 |
| | | PARTS LISTED ABOVE ARE FOR ONE SINGLE OUTRIGGER. INDIVIDUAL PARTS ARE TO BE DELIVERED IN QUANTITIES IN ORDER TO MAKE OUTRIGGER AT A RELEASE RATE OF 600 PER MONTH.<br><br>NOBLE TO MAINTAIN INVENTORY AT THEIR FACILITY FOR AT LEAST A TWO WEEK SUPPLY OF INDIVIDUAL PARTS.<br><br>LEAD TIME FOR DELIVERY IS NO MORE THAN 2 WEEKS. | | | |

**Total** $5.10

Sonny Scaffolds, Inc.
5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/25/2005 | 86989 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>230 Indianapolis Road<br>Mooresville, IN 46158 |

| Item | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| QS 4 Parts | 25767 — | QS 4 Back without Sleaves * | 1 310 | 7.00 | 7.00 |
| QS 4 Parts | 25768 — | QS 4 Back with Sleaves * | 1 310 | 10.50 | 10.50 |
| QS 4 Parts | 25769 — | QS 4 Rungs 19 7/8" | 8 2480 | 1.80 | 14.40 |
| QS 4 Parts | 25770 — | QS 4 Ladder Legs | 4 1240 | 2.20 | 8.80 |
| | | PARTS LISTED ABOVE ARE FOR ONE SINGLE QS - 4. INDIVIDUAL PARTS ARE TO BE DELIVERED IN QUANTITIES IN ORDER TO MAKE QS 4 AT A RELEASE RATE OF 310 PER MONTH.<br><br>NOBLE TO MAINTAIN INVENTORY OF PARTS AT THEIR FACILITY FOR AT LEAST A TWO WEEK SUPPLY OF INDIVIDUAL PARTS.<br><br>LEAD TIME FOR DELIVERY IS NO MORE THAN 2 WEEKS.<br><br>Noble to purchase SSI exisiting inventory at the time of change-over or to use SSI inventory at no charge to SSI.<br><br>TO BEGIN NO SOONER THAN 4/1/05 AND NO LATER THAN 4/15/05 | | | |

**Total** $40.70

Sonny Scaffolds, Inc.  SDC2
5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/25/2005 | 86990 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>5125 Decatur Blvd.<br>Suite F<br>Indianapolis, IN 46241 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| QS 5 Parts   25175 | QS 5 LADDER LEGS | 4600 | 3.15 | 12.60 |
| QS 5 Parts   29757 | QS 5 BACK WITHOUT SLEAVE ✓ | 1150 | 7.65 | 7.65 |
| QS 5 Parts   25758 | QS 5 BACK WITH SLEAVE ✓ | 1150 | 10.75 | 10.75 |
| QS 5 Parts   25759 | QS 5 RUNGS 28 3/16" | 10 1500 | 2.15 | 21.50 |
| QS 5 Parts   25760 | QS 5 SHELF - BOTTOM 30 DEG ✓ | 1 150 | 3.90 | 3.90 |
| QS 5 Parts   25761 | QS 5 SHELF 81 DEG. ✓ | 2 300 | 3.55 | 7.10 |

PARTS LISTED ABOVE ARE FOR ONE SINGLE QS 5. PARTS ARE TO BE DELIVERED IN QUANTITIES IN ORDER TO MAKE QS 5 AT A RELEASE RATE OF 150 PER MONTH.

NOBLE TO MAINTAIN INVENTORY AT THEIR FACILITY FOR AT LEAST TWO WEEKS SUPPLY OF PARTS.

LEAD TIME FOR DELIVERY IS NO MORE THAN TWO WEEKS

TO BEGIN NO EARLIER THAN 4/1/05 AND NO LATER THAN 4/15/05.

Noble to purchase SSI existing inventory at time of change-over or to use SSI inventory at no charge to SSI.

**Total**  $63.50

Sonny Scaffolds, Inc.
5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/25/2005 | 86991 |

| Vendor |
|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 |

| Ship To |
|---|
| Sonny Scaffolds Inc.<br>5125 Decatur Blvd.<br>Suite F<br>Indianapolis, IN 46241 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Scaffold Ladder  *25774* | 6' Scaffold Ladder - Completely welded<br><br>COMPLETED LADDER LEG IS TO BE SENT TO POWDER COATING BEFORE DELIVERY TO SSI. POWDER COATING TO BE BILLED SEPARATELY.<br><br>RELEASE RATE IS 3,250 PER MONTH<br><br>TO BEGIN NO EARLIER THAN 4/15/05 AND NO LATER THAN 5/1/05.<br><br>NOBLE TO MAINTAIN ONE MONTH SUPPLY OF COMPLETED PRODUCT AT ALL TIMES. | *3250* | 26.25 | 26.25 |

*26245 - paint job*
*355*

*[signature: Charlotte K B Cosgrove]*

| Total | $26.25 |
|---|---|

*COPY 19459*

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 4/25/2005 | 87034 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>5125 Decatur Blvd.<br>Suite F<br>Indianapolis, IN 46241 |

*2614*

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| SDC-2 W/O WHEEL | Small Drywall Cart (Residential - with bond in back base) without wheels | 150 | 57.00 | 8,550.00 |
| | Powder Coating is billed on a separate billing at a rate of $5.00 per cart | | | |
| | Carts are to be delivered at a rate of 150 per month, unless notified otherwise. Noble to maintain at least a two week supply for delivery within 2 - 4 days upon request. | | | |
| | Deliveries of the 150 carts are to be ratably throughout the month. | | | |
| | See Quote #19459. SSI has the right to renegotiate this PO in the event the material surcharges and/or price at the time of each release exceeds 10% of the price stated in this PO on a per unit basis. | | | |

*Charlotte K Cosgrave*

Fax: 317-776-2910

**Total**  $8,550.00

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241

# Purchase Order

| Date | P.O. No. |
|---|---|
| 4/25/2005 | 87035 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>5125 Decatur Blvd.<br>Suite F<br>Indianapolis, IN 46241 |

26115

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| SDC-2 SNG | Stow-N-Go Drywall Carts as specified in combined efforts for patent application.<br><br>Prices do not include Noble charge for Powder coating - billed separately at a rate of $6.00 per unit.<br><br>Initial order of 75 carts to be delivered on or about 4/27/05.<br><br>Releases are estimated to be at 100 per month. Deliveries are to be ratably throughout each month unless otherwise notified. Noble to maintain inventory, either raw or finished to supply SSI with at least 2 weeks worth of SDC2-SNG on a 2 day notice.<br><br>See Quote #19459. SSI has the right to renegotiate this PO if the surcharge and/or material availability charge exceeds 10% of the price of this PO on a per unit basis.<br><br>SSI to obtain patent, or the equivalent in SSI's judgment, and state in application "in conjunction with Noble Industries, Inc." SSI to hold the patent. | 100 | 65.00 | 6,500.00 |
| Fax: 317-776-2910 | | | **Total** | $6,500.00 |

Sonny Scaffolds, Inc.

5125 Decatur Blvd.
Suite F
Indianapolis, IN 46241


Job# 20323

# Purchase Order

| Date | P.O. No. |
|---|---|
| 5/17/2005 | 87057 |

| Vendor | Ship To |
|---|---|
| Noble Industries, Inc.<br>3333 E. Conner Street<br>P. O. Box 578<br>Noblesville, IN 46061 | Sonny Scaffolds, Inc.<br>5125 Decatur Blvd.<br>Suite F<br>Indianapolis, IN 46241 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Sheets | Steel Sheet 4 X 8 12 GA | 6 | 59.40 | 356.40 |
|  | DELIVERED ON NORMAL PAINT TRUCK RUN |  |  |  |

*material 20332*

*Charlotte S Cosgrove*

FAX: 317-776-2910

**Total** $356.40