

# Noble Industries, Inc.

Noble Industries, Inc.
3333 E Conner Street
P.O. Box 578
Noblesville , IN  46061
USA

Ph:   317-773-1926
Fax:  317-776-2910

## Invoice

Number: 28149           Date: 19-Jan-06

| To | SONNY SCAFFOLDS, INC.<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA | Ship To | SONNY SCAFFOLDS<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA |
|---|---|---|---|

Ph: 317 856-3900     Fax: 317 856-3993     Ph: 317-856-3900     Fax: 317-856-3993

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 18-Feb-06 | Best Way | 706 |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 136 ea | BACK WITHOUT SLEEVES | | $7.65 | $1,040.40 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-5 BACK W/O SLEEVES | | | |
| | PO: 86981 | Job: 25757A | | |
| 214 ea | BACK WITH SLEEVES | | $10.75 | $2,300.50 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-5 BACK W/SLEEVES | | | |
| | PO: 86981 | Job: 25758A | | |
| 1,475 ea | RUNG COMPLETE, 28-3/16" | | $2.15 | $3,171.25 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-5 RUNG | | | |
| | PO: 86990 | Job: 25759 | | |
| 194 ea | SHELF BOTTOM, 30 DEG. | | $3.90 | $756.60 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-5 SHELF BOTTOM | | | |
| | PO: 86990 | Job: 25760 | | |
| 293 ea | SHELF, 81 DEG. | | $3.55 | $1,040.15 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-5 SHELF | | | |
| | PO: 86990 | Job: 25761 | | |
| 75 ea | BACK WITHOUT SLEEVES | | $7.00 | $525.00 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-4 BACK W/O SLEEVES | | | |
| | PO: 86980 | Job: 25767A | | |
| 59 ea | BACK WITH SLEEVES | | $10.50 | $619.50 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | |
| | Part: QS-4 BACK W/ SLEEVES | | | |



**Noble Industries, Inc.**

Noble Industries, Inc.
3333 E Conner Street
P.O. Box 578
Noblesville, IN 46061
USA

Ph: 317-773-1926
Fax: 317-776-2910

## Invoice

Number: 28149   Date: 19-Jan-06

| To | SONNY SCAFFOLDS, INC.<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA | Ship To | SONNY SCAFFOLDS<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA |
|---|---|---|---|

Ph: 317 856-3900   Fax: 317 856-3993   Ph: 317-856-3900   Fax: 317-856-3993

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 18-Feb-06 | Best Way | 706 |

| Quantity | Description | | | Unit Price | Amount |
|---|---|---|---|---|---|
| | PO: 86980 | | Job: 25768A | | |
| 1,180 ea | RUNG COMPLETE, 19-7/8" | | | $1.80 | $2,124.00 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | | |
| | Part: QS-4 RUNG | | | | |
| | PO: 86989 | | Job: 25769 | | |
| 600 ea | LADDER LEGS | | | $2.20 | $1,320.00 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | | |
| | Part: QS-4 LADDER LEGS | | | | |
| | PO: 86989 | | Job: 25770 | | |
| 200 ea | LADDER LEGS<br>14 GAGE<br>WITH DRILLED HOLE | | | $3.15 | $630.00 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | | |
| | Part: QS-5 LADDER LEGS | | | | |
| | PO: 86990 | | Job: 25778 | | |
| 8 ea | MATERIAL CARTS (WELDED) | | | $13.95 | $111.60 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | | |
| | PO: 86984 | Ln: 1 | Job: 26322 | | |
| 8 ea | MATERIAL CARTS (POWDER) | | | $5.25 | $42.00 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | | |
| | PO: 86984 | | Job: 26325 | | |
| 353 ea | 40" ladder tube INSERTS AND<br>BUSHING<br><br>FOR STATIONARY GUARDRAIL END | | | $6.85 | $2,418.05 |
| | Packing List: 29431 | Shipped On: 19-Jan-06 | | | |
| | PO: 87160 | | Job: 27449C | | |
| 1,500 ea | 6FT LADDER COMPLETE | | | $26.25 | $39,375.00 |
| | Packing List: 29414 | Shipped On: 18-Jan-06 | | | |
| | Part: 6FT LADDER COMPLETE | Rev: - | | | |



**Noble Industries, Inc.**

Noble Industries, Inc.
3333 E Conner Street
P.O. Box 578
Noblesville, IN 46061
USA

Ph:  317-773-1926
Fax: 317-776-2910

### Invoice

Number: 28149                                Date: 19-Jan-06

| To | SONNY SCAFFOLDS, INC.<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241 | Ship To | SONNY SCAFFOLDS<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA |
|---|---|---|---|

Ph: 317 856-3900    Fax: 317 856-3993         Ph: 317-856-3900    Fax: 317-856-3993

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 18-Feb-06 | Best Way | 706 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | PO: 86991  Job: 27909 | | |
| 1,500 ea | 6FT LADDER (POWDER ONLY) | $3.55 | $5,325.00 |
| | Packing List: 29414    Shipped On: 18-Jan-06<br>Part: 6FT LADDER (POWDER ONLY)    Rev: -<br>PO: 86991    Ln: 8    Job: 27910 | | |
| 75 ea | DRY WALL CART ASSEMBLY | $52.75 | $3,956.25 |
| | Packing List: 29414    Shipped On: 18-Jan-06<br>Part: SDC-1    Rev: -<br>PO: 86982    Ln: 1    Job: 27911 | | |
| 75 ea | SDC-1 (POWDER ONLY) | $7.25 | $543.75 |
| | Packing List: 29414    Shipped On: 18-Jan-06<br>Part: SDC-1 (POWDER ONLY)    Rev: -<br>PO: 86982    Ln: 2    Job: 27912 | | |
| 75 ea | STOW-N-GO ASSEMBLY | $65.00 | $4,875.00 |
| | Packing List: 29414    Shipped On: 18-Jan-06<br>Part: SDC-2 STOW-N-GO    Rev: -<br>PO: 87035    Job: 27940 | | |
| 75 ea | SDC-2 STOW-N-GO (POWDER ONLY) | $6.00 | $450.00 |
| | Packing List: 29414    Shipped On: 18-Jan-06<br>Part: SDC-2 STOW-N-GO (POWDER ONLY)    Rev: -<br>PO: 87035    Job: 27941 | | |
| 360 ea | OUTRIGGER SQ TUBE W/BUSHING | $2.50 | $900.00 |
| | Packing List: 29431    Shipped On: 19-Jan-06<br>Part: OUTRIGGER SQ TUBE W/BUSHING<br>PO: 86986    Job: 27942 | | |
| 612 ea | OUTRIGGER RND MITERED | $1.85 | $1,132.20 |
| | Packing List: 29431    Shipped On: 19-Jan-06 | | |



# Noble Industries, Inc.

Noble Industries, Inc.
3333 E Conner Street
P.O. Box 578
Noblesville , IN 46061
USA

Ph: 317-773-1926
Fax: 317-776-2910

**Invoice**

Number: 28149  Date: 19-Jan-06

| To | SONNY SCAFFOLDS, INC.<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA | Ship To | SONNY SCAFFOLDS<br>5125 DECATUR BLVD<br>SUITE F<br>INDIANAPOLIS, IN 46241<br>USA |
|---|---|---|---|

Ph: 317 856-3900   Fax: 317 856-3993   Ph: 317-856-3900   Fax: 317-856-3993

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 18-Feb-06 | Best Way | 706 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 600 ea | Part: OUTRIGGER RND MITERED<br>PO: 86986                                Job: 27943<br>OUTRIGGER RND STRAIGHT<br><br>Packing List: 29431     Shipped On: 19-Jan-06<br>Part: OUTRIGGER RND STRAIGHT<br>PO: 86986                                Job: 27944<br><br>invoice for inventory that noble industries is required to keep on the floor for sonny scaffolds | $0.75 | $450.00 |

Invoice Total: $73,106.25
Amount Paid: $0.00
Amount Due: $73,106.25