

# Noble
## Industries, Inc.

Noble Industries, Inc.
3333 E Conner Street
P.O. Box 578
Noblesville, IN 46061
USA

Ph: 317-773-1926
Fax: 317-776-2910

**Invoice**

Number: 28161          Date: 19-Jan-06

| To | SONNY SCAFFOLDS, INC. | Ship To | SAME |
|---|---|---|---|
|  | 5125 DECATUR BLVD |  |  |
|  | SUITE F |  |  |
|  | INDIANAPOLIS, IN 46241 |  |  |

Ph: 317 856-3900        Fax: 317 856-3993

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 18-Feb-06 | Best Way | |

| Quantity | Description | Unit Price | Amount |
|---:|---|---:|---:|
| 152 | SDC-1-01<br>PO: WORK IN PROCESS<br>BOTTOM TUBE FORMED | $5.00<br>ea | $760.00 |
| 670 | SDC-1-02<br>PO: WORK IN PROCESS<br>CASTER PLATE FORMED COMPLETE | $9.00<br>ea | $6,030.00 |
| 651 | SDC-1-03<br>PO: WORK IN PROCESS | $9.00<br>ea | $5,859.00 |
| 36 | SDC-1-04<br>PO: WORK IN PROCESS<br>BACK HANDLE FORMED COMPLETE | $7.40<br>ea | $266.40 |
| 400 | SDC-1-05<br>PO: WORK IN PROCESS<br>VERTICAL TUBE, COMPLETE | $3.75<br>ea | $1,500.00 |
| 10,745 | LADDER BUSHINGS<br>PO: WORK IN PROCESS | $0.56<br>ea | $6,017.20 |
| 1,595 | LADDER MACHINED PINS<br>PO: WORK IN PROCESS | $1.30<br>ea | $2,073.50 |
| 204 | 6' LADDER SIDE TUBES<br>PO: WORK IN PROCESS<br>WITH HOLES AND INSERTS | $9.20<br>ea | $1,876.80 |
| 9,000 | 6" LADDER SIDE TUBES<br>PO: WORK IN PROCESS<br>WITH HOLES - NO INSERTS | $7.10<br>ea | $63,900.00 |
| | | Invoice Total: | $88,282.90 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $88,282.90 |