UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NOBLE INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:06-cv-139- SEB-VSS |
| vs. ) | |
| ) | |
| SONY SCAFFOLDS, INC., et. al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER CLOSING CASE**

The parties have filed nothing in response to the Court's Entry for December 1, 2006. This cause is, therefore, closed administratively, without prejudice to the right of any party to move to reopen it within thirty (30) days of the date of this order, should settlement not be finalized.

IT IS SO ORDERED.

Dated: 01/10/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Lisa A. Hiday
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
lhiday@uspatent.com

Jamie Ranah Kendall
PRICE WAICUKAUSKI & RILEY
jkendall@price-law.com

Henry J. Price

PRICE WAICUKAUSKI & RILEY
hprice@price-law.com

Joel E. Tragesser
LOCKE REYNOLDS LLP
jtragesser@locke.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI & RILEY
rwaicukauski@price-law.com